## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE
  ONE IMPORTERS AND.
  DISTRUTORS, LLC                           Chapter 11, Subchapter V
    Debtors                                    Case No.: 22-11592-CJP

### NOTICE OF INTENDED PUBLIC SALE OF ESTATE PROPERTY,

**January 26, 2023**    IS THE DATE OF THE PROPOSED SALE

**January 23, 2023**    IS THE DATE BY WHICH OBJECTIONS MUST BE MADE

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the debtor-in-possession, One Importers and Distributors, LLC (the "Debtor") intends to sell at public auction the Debtor's right, title and interest in certain property of the estate consisting of:

**PROPERTY TO BE SOLD:**

    A 2015 Isuzu NPR Box Truck, VIN JALC4W160F7K01001 (the "Vehicle").

**THE AUCTION:**

The sale will be via public auction conducted by Paul E. Saperstein, Co., Inc. at 144 Centre Street, Holbrook, Massachusetts 02343 on January 26, 2023, at 12:00 P.M. The auction will also be held online. Interested bidders can register at:

https://www.pesco.com/servlet/AuctionInfo.do?auctionId=82651

The website address of the auctioneer is www.pesco.com

The proposed sale procedures are more particularly described in the Debtor's Motion for Order Authorizing and Approving Public Sale of Property of the Estate (the "Motion to Approve Sale"), a copy of which is available at no charge upon request from the undersigned or on the website of the Court: www.mab.uscourts.com.

**SALE FREE AND CLEAR OF LIENS:**

The Vehicle will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable and valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**OBJECTIONS:**

Any objections to the sale shall be filed in writing with the Clerk, United States Bankruptcy Court, 5 Post Office, Suite 100, Boston Massachusetts 02108 on or before **January 23, 2023 at 12:00 p.m.** ("Objection Deadline"). A copy of any objection shall also be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection, and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**HEARING:**

A hearing on the Motion to Sell and any objection thereto is scheduled to take place on **January 24, 2023 at 10:00 a.m.**, before the Honorable Christopher J. Panos, United States Bankruptcy Court, by telephone. To appear telephonically at the hearing, attendees shall dial (877) 873-8018 and enter access code 1167883. At the hearing on approval of the sale the Court may determine further terms and conditions of the sale. Any party who has filed an objection is expected to be present at the hearing, failing which the objection may be overruled. The Court may take evidence at the hearing to resolve issues of fact. If no objection to the Motion to Approve Sale is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

Any questions concerning the intended sale shall be addressed to the undersigned.

                          Respectfully submitted,
                          One Importers and Distributors, LLC
                          By its attorney,

Dated: December 29, 2022                */s/ Marques C. Lipton*
                                                Marques C. Lipton, BBO #676087
                                                Nina M. Parker, BBO #389990
                                                Parker & Associates
                                                10 Converse Place, Suite 201
                                                Winchester, MA 01890
                                                (781) 729-0005
                                                mlipton@ninaparker.com